# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161597(29)

EARL L. SULLIVAN,
        Plaintiff-Appellant,

v

MICHIGAN REFORMATORY WARDEN,
        Defendant-Appellee.

_____/

SC: 161597
COA: 352985

       On order of the Chief Justice, the motion of plaintiff-appellant for reconsideration of the August 17, 2020 order that administratively closed this case is GRANTED. Plaintiff-appellant shall have 28 days from the date of this order to file a motion for the temporary waiver of fees and a certificate of prisoner account activity for the past twelve months. If those documents are timely filed, the case will be re-opened to give plaintiff-appellant the opportunity to comply with the requirements of MCL 600.2963 and proceed to a decision on the merits of his application.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2020



Clerk